UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00013-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JAMES LAMONT WALKER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Count Two Without Prejudice as to Defendant Walker. Counsel for the government is reminded that every motion must be accompanied by a certificate of service, even when the motion is favorable to a defendant. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Count Two Without Prejudice as to Defendant Walker (#138) is GRANTED, and Count Two is DISMISSED as to Defendant Walker without prejudice.

Signed: February 5, 2016

Max O. Cogburn Jr.
United States District Judge