UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:16CR13 |
|---|---|
| v. | ) NOTICE OF ATTORNEY APPEARANCE |
| DEREK MURPHY | ) |

**NOW COMES** the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 29th day of July, 2019.

        **R. ANDREW MURRAY**
        UNITED STATES ATTORNEY

        /s/ MATTHEW WARREN
        Matthew Warren
        Assistant United States Attorney
        United States Attorney's Office
        Suite 1650, Carillon Building
        227 West Trade Street
        Charlotte, North Carolina 28202
        Telephone: (704) 338-3111
        Fax: (704) 344-6629
        E-mail: matthew.warren@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 29th day of July, 2019, the foregoing Notice of Attorney Appearance was duly served upon counsel for the party by electronic notification from the Court.

          /s/ Matthew Warren
          Assistant United States Attorney